IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEFF SMITH** | : CIVIL ACTION |
| | : |
| v. | : NO. 23-632 |
| | : |
| **KEIAN RUSHING, et al.** | : |

## O R D E R

**AND NOW,** this 13th day of September, 2023, **IT IS HEREBY ORDERED** that:

1. Defendant Ancora Education's motion to dismiss [Doc. 5] is **GRANTED** in part as follows:
2. The federal claims (Counts One, Two, Six, Seven and Eight) are **DISMISSED** with prejudice for failure to exhaust remedies.
3. The remaining state claims are **REMANDED** to the Court of Common Pleas of Lehigh County.

BY THE COURT:


<u>/s/ Jeffrey L. Schmehl</u>
**JEFFREY L. SCHMEHL, J.**